IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) CASE NO.: 3:08-cv-264-TMH ) |
| TOWN OF JACKSON'S GAP, | ) (WO - Do Not Publish) ) |
| DEFENDANT. | ) |

## **ORDER**

This cause is before the Court on the Motion to Dismiss All of the Orders Filed by Susan R. Walker 05-13-08 (Doc. # 24). For the reasons set forth in this Court's Order of May 14, 2008 (Doc. # 21), the motion is DENIED.

DONE this the 20th day of May, 2008.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE